In the Matter of the Suspension of
the Driving Privileges of

## CRAWFORD,
*Respondent,*

*v.*

## MOTOR VEHICLES DIVISION,
*Appellant.*

(A8802-00591; CA A48790)

779 P2d 196

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

John Powers, Portland, argued the cause and filed the brief for respondent.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

PER CURIAM

## PER CURIAM

Motor Vehicles Division appeals an order reversing the hearings officer's order suspending respondent's driving privileges pursuant to ORS 813.410. It argues, and we agree, that respondent must raise the issue of the propriety of his arrest during the evidentiary part of the hearing for it to be considered. *Bish v. MVD,* 97 Or App 648, 776 P2d 1320 (1989).

Reversed and remanded with instructions to reinstate suspension order pursuant to *Wimmer v. MVD,* 83 Or App 268, 730 P2d 1297 (1986).